UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DEBORAH LAUFER, | ) |
| Plaintiff | ) ) ) |
| v. | ) NO. 2:20 CV 302-PPS-JEM ) |
| NARNARAYAN REAL ESTATE LLC d/b/a COMFORT INN HOBART, | ) ) ) |
| Defendant. | ) ) |

### ORDER

Plaintiff, Deborah Laufer, filed a Notice of Voluntary Dismissal of Case With Prejudice [DE 21], asking the Court to dismiss this case with prejudice pursuant to a settlement agreement between the parties. However, Laufer already gave this court notice of a settlement back in February 2021 [DE 15] and then filed a notice of voluntary dismissal, asking the Court pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), to dismiss the case without prejudice. [DE 19.] On March 30, 2021, I entered an order dismissing the case without prejudice pursuant to Rule 41(a)(1)(A)(i). [DE 20.] This case is now closed and I lack jurisdiction to take any further action. Therefore, the request to dismiss this case with prejudice [DE 21] is DENIED for lack of jurisdiction.

SO ORDERED.

ENTERED: May 5, 2021

                                               s/ Philip P. Simon
                                               PHILIP P. SIMON, JUDGE
                                               UNITED STATES DISTRICT COURT